NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK E. FISHER,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2008-5094

---

Appeal from the United States Court of Federal Claims. 00-CV-740, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

CHARLES D. SWIFT, Swift & McDonald, P.S., of Seattle, Washington, argued for plaintiff-appellant.

DOUGLAS K. MICKLE, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRYANT G. SNEE, Deputy Director. Of counsel on the brief was DAVID F. BRASH, Air Force Legal Operations Agency, United States Department of the Air Force, of Arlington, Virginia. Of counsel was JASON S. OSBORNE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, MAYER, and Moore, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2010  /s/ Jan Horbaly
Date  Jan Horbaly
Clerk